# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| MARIA ISABEL CARDENAS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF INOCENCIO CARDENAS, DECEASED; DANIEL CARDENAS, ALLEN ANDRES CARDENAS and NORMA ISABEL JUAREZ<br>    *Plaintiffs* | § § § § § § § § § § | CIVIL ACTION NO.<br><br><br><br><br>M – 18 – 70 |
| v. | § § | |
| THE CITY OF DONNA, RUBEN MUNOZ, INDIVIDUALLY, AJ AREVALO, INDIVIDUALLY and ALEX MARTINEZ, INDIVIDUALLY<br>    *Defendants* | § § § § § § | |

## DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

Defendants **CITY OF DONNA, TEXAS, RUBEN MUNOZ, AJ AREVALO,** and **ALEX MARTINEZ** hereby submit this Certificate of Disclosure of Interested Parties for the outcome of this litigation as follows:

(1) **PLAINTIFFS:**
Maria Isabel Cardenas, Individually and as Representative of the Estate of Inocencio Cardenas, Deceased, Daniel Cardenas, Allen Andres Cardenas and Norma Isabel Juarez

**ATTORNEY FOR PLAINTIFFS:**
Chris Franz, Attorney in Charge

PERALEZ FRANZ, LLP
1416 Dove Avenue
McAllen, TX  78504

(2)     **DEFENDANTS:**
City of Donna, Texas, Ruben Munoz, AJ Arevalo, and Alex Martinez

**ATTORNEYS FOR DEFENDANTS**:
J. Arnold Aguilar, Attorney in Charge
Francisco J. Zabarte, Of Counsel

AGUILAR✶ZABARTE, LLC
990 Marine Drive
Brownsville, TX  78520

(3)     **RISK POOL FOR DEFENDANTS:**
TEXAS MUNICIPAL LEAGUE
INTERGOVERNMENTAL RISK POOL
P. O. Box 149194
Austin, TX  78714-9194

Signed on this the 13th day of March, 2018.

Respectfully submitted,

/s/   J. Arnold Aguilar
                J. Arnold Aguilar
                Attorney-in-Charge
                State Bar No. 00936270
                Federal Adm. No. 6822
                email:   arnold@aguilarzabartellc.com

AGUILAR✶ZABARTE, LLC
Of Counsel
990 Marine Drive
Brownsville, Texas  78520
Telephone    :  (956) 504-1100
Facsimile    :  (956) 504-1408

Attorneys for Defendants
CITY OF DONNA, TEXAS,
RUBEN MUNOZ, AJ AREVALO,
and ALEX MARTINEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** will on this the 13th day of March, 2018, be automatically accomplished through the Notice of Electronic Filing upon the following:

Mr. Chris Franz
PERALEZ FRANZ, LLP
1416 Dove Avenue
McAllen, TX 78504
ccf@peralezfranzlaw.com

/s/ J. Arnold Aguilar
J. Arnold Aguilar