UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIA ISABEL CARDENAS, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 7:18-CV-70 |
| | § |
| CITY OF DONNA, TEXAS, *et al*, | § |
| | § |
| Defendants. | § |

## ORDER OF DISMISSAL

By notice dated May 2, 2018 and mailed to Plaintiffs' last known address, the Court advised Plaintiffs that their failure to attend the initial pretrial conference reset for June 6, 2018 would result in the dismissal of this lawsuit for want of prosecution. (Dkt. No. 10). Plaintiffs failed to appear at the June 6, 2018 initial pretrial conference, and have otherwise failed to demonstrate to the Court a desire to continue with this lawsuit. *See id.* Accordingly, Court hereby **ORDERS** that all of Plaintiff's claims against Defendants in this action are **DISMISSED** with prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (district court may dismiss action *sua sponte* for plaintiff's failure to prosecute or to comply with any court order).

SO ORDERED this 6th day of June, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge